1  Gerald D. Lane Jr., CA # 352470
2  E-mail: gerald@jibraellaw.com
   The Law Offices of Jibrael S. Hindi
3  1515 NE 26th Street
   Wilton Manors, FL 33305
4  Phone: (754) 444-7539

5  *Counsel for Plaintiff*

6

7  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
8

9  **DAVID TORRES**,                          Case No. 8:26-cv-00123- DFM

10         Plaintiff,

11     vs.                                     **Magistrate Judge Douglas McCormick**

12 **MC JAMES MORTGAGE CORP DBA**
   **LIBERTY FINANCIAL**
13

14         Defendant.

15

16

17

18         **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

19     Plaintiff, David Torres, and Defendant, MC James Mortgage Corp dba Liberty, by and

20 through undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure,

21

22 hereby file this Notice of Voluntary Dismissal *without Prejudice* of the above-styled action.

23 Dated: February 10, 2026

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 10, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539
*Counsel for Plaintiff*
